**George E. WENDT, Movant/Appellant,**

· v.

**STATE of Missouri, Respondent/Respondent.**

**No. ED 79913.**

Missouri Court of Appeals, Eastern District, Division One.

April 2, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 14, 2002.

Application for Transfer Denied June 25, 2002.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane D. Crouse, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE and ROBERT G. DOWD, JR., JJ.

### ORDER

PER CURIAM.

Movant, George E. Wendt, appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. He contends the prosecutor and his attorney coerced him into pleading guilty by threatening him with a lengthy prison term.

Having reviewed the briefs of the parties and the record on appeal, we conclude the motion court did not clearly err. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).